CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 20 2015
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARRELL EUGENE FARLEY, <br>     Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00713 |
| v. | ) <br> ) | **ORDER** |
| VA DEPT OF CORRECTIONS, et al., <br>     Defendants. | ) <br> ) | By:   Hon. Jackson L. Kiser <br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the pending motions to amend are **DENIED**; the complaint is **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 20th day of March, 2015.

                                   /s/ Jackson L. Kiser
                                 Senior United States District Judge